[42 NE3d 1205, 21 NYS3d 686]

In the Matter of NOEL OLMOSPEREZ, Appellant, v ANDREA W. EVANS, as Chair of the Board of Parole, Respondent.

Decided October 22, 2015

### APPEARANCES OF COUNSEL

*Seymour W. James, Jr., The Legal Aid Society*, New York City (*Cynthia H. Conti-Cook* and *Caroline Hsu* of counsel), for appellant.

*Eric T. Schneiderman, Attorney General*, Albany (*Frank Brady, Barbara D. Underwood, Andrea Oser* and *Nancy A. Spiegel* of counsel), for respondent.

### OPINION OF THE COURT

MEMORANDUM.

The order of the Appellate Division should be affirmed, without costs (*see Matter of Linares v Evans*, 26 NY3d 1012 [2015] [decided today]; *Matter of Silmon v Travis*, 95 NY2d 470, 476 [2000]).

Chief Judge LIPPMAN and Judges PIGOTT, RIVERA, ABDUS-SALAAM and FAHEY concur; Judge STEIN taking no part.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, without costs, in a memorandum.